```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 19-04644-RNO
Michael Eric Chlebowski                                              Chapter 13
Jessica Lynne Chlebowski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: CourtneyW           Page 1 of 1           Date Rcvd: Nov 26, 2019
                              Form ID: ntnew341         Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
```
db/jdb        +Michael Eric Chlebowski,    Jessica Lynne Chlebowski,    P.O. Box 594,
                Albrightsville, PA 18210-0594
5263978       +Advanced Recovery Systems,    PO Box 80766,    Valley Forge, PA 19484-0766
5263983       +Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5263985      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Insurance,     1 Nationwide Plaza,    Columbus, OH 43215)
5263986        Pocono Surgical Associates,    505 Independence Rd., Ste E,    Stroudsburg, PA 18360
5263987       +Progressive Physicians Associates,    PO Box 4338,    Columbus, GA 31914-0338
5263988       +Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2019 19:16:33
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5263980        E-mail/Text: ebn@americollect.com Nov 26 2019 18:59:28     Americollect Inc,
                1851 S Alverno Rd.,,    Manitowoc, WI 54220
5263979       +E-mail/Text: bankruptcy@acacceptance.com Nov 26 2019 18:59:25     American Credit Acceptance,
                961 E. Main St., 2nd Floor,    Spartanburg, SC 29302-2185
5269637       +E-mail/Text: bankruptcy@cavps.com Nov 26 2019 18:59:30     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5263981       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 26 2019 18:59:35
                Credit Collection Services,    2 Wells Ave.,    Newton Center, MA 02459-3246
5263982       +E-mail/Text: bknotice@ercbpo.com Nov 26 2019 18:59:27      Enhanced Recovery Company,
                PO Box 57547,    Jacksonville, FL 32241-7547
5263984       +E-mail/Text: Bankruptcies@nragroup.com Nov 26 2019 18:59:36     National Recovery Agency,
                2491 Paxton St.,    Harrisburg, PA 17111-1036
5263989        E-mail/Text: appebnmailbox@sprint.com Nov 26 2019 18:59:25      Sprint,   KSOPHT0101-Z4300,
                6391 Sprint Parkway,    Overland Park, KS 66251
5264765       +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2019 19:05:48     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 2 Jessica Lynne Chlebowski jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 1 Michael Eric Chlebowski jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Eric Chlebowski,

**Debtor 1**

Jessica Lynne Chlebowski,
fka Jessica Lynne Trueman,

**Debtor 2**

Chapter 13

Case No. 5:19−bk−04644−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 77 East Market Street, Wilkes−Barre, PA 18701 | Date: January 13, 2020 |
| --- | --- |
| | Time: 01:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 26, 2019 |

ntnew341 (04/18)