Certificate Number: 14912-PAM-DE-033920855

Bankruptcy Case Number: 19-04644


14912-PAM-DE-033920855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 7, 2020, at 10:35 o'clock PM EST, Michael Chlebowski completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 7, 2020        By: /s/Jai Bhatt

                             Name: Jai Bhatt

                             Title: Counselor