UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ERIC CHLEBOWSKI and : CHAPTER 13
JESSICA LYNNE CHLEBOWSKI :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
MICHAEL ERIC CHLEBOWSKI and :
JESSICA LYNNE CHLEBOWSKI :
   Respondent(s) : CASE NO. 5-19-bk-04644

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 10th day of February, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

     Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

     a. Marital adjustment calculation - Line 13.

     2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

     a. Secured claims not in plan.
     b. Plan ambiguous - term

     3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

     a. Domestic support information.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                                  Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 13th day of February, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Rapa, Esquire
141 S. 1st Street
Lehighton, PA   18235

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee