```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 19-04644-RNO
Michael Eric Chlebowski                                         Chapter 13
Jessica Lynne Chlebowski
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke              Page 1 of 1              Date Rcvd: Feb 12, 2020
                             Form ID: ntcnfhrg             Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db/jdb     +Michael Eric Chlebowski,    Jessica Lynne Chlebowski,    P.O. Box 594,
             Albrightsville, PA 18210-0594
5263978    +Advanced Recovery Systems,    PO Box 80766,   Valley Forge, PA 19484-0766
5263983    +Mr. Cooper,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5263985   ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
             COLUMBUS OH 43215-2410
             (address filed with court: Nationwide Insurance,    1 Nationwide Plaza,    Columbus, OH 43215)
5288128    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
5263986     Pocono Surgical Associates,    505 Independence Rd., Ste E,    Stroudsburg, PA 18360
5263987    +Progressive Physicians Associates,    PO Box 4338,   Columbus, GA 31914-0338
5263988    +Radius Global Solutions,    PO Box 390905,   Minneapolis, MN 55439-0905
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 12 2020 19:38:14
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5263980      E-mail/Text: ebn@americollect.com Feb 12 2020 19:35:11     Americollect Inc,
              1851 S Alverno Rd.,,   Manitowoc, WI 54220
5263979     +E-mail/Text: bankruptcy@acacceptance.com Feb 12 2020 19:35:06     American Credit Acceptance,
              961 E. Main St., 2nd Floor,    Spartanburg, SC 29302-2185
5269637     +E-mail/Text: bankruptcy@cavps.com Feb 12 2020 19:35:16     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5263981     +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 12 2020 19:35:26
              Credit Collection Services,    2 Wells Ave.,   Newton Center, MA 02459-3246
5263982     +E-mail/Text: bknotice@ercbpo.com Feb 12 2020 19:35:09     Enhanced Recovery Company,
              PO Box 57547,   Jacksonville, FL 32241-7547
5263984     +E-mail/Text: Bankruptcies@nragroup.com Feb 12 2020 19:35:29     National Recovery Agency,
              2491 Paxton St.,   Harrisburg, PA 17111-1036
5263989      E-mail/Text: appebnmailbox@sprint.com Feb 12 2020 19:35:04     Sprint,   KSOPHT0101-Z4300,
              6391 Sprint Parkway,   Overland Park, KS 66251
5264765     +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 19:38:08     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 2 Jessica Lynne Chlebowski jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Jason M Rapa    on behalf of Debtor 1 Michael Eric Chlebowski jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Eric Chlebowski,

**Debtor 1**

Jessica Lynne Chlebowski,
fka Jessica Lynne Trueman,

**Debtor 2**

Chapter 13

Case No. 5:19–bk–04644–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 1, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 12, 2020 |

ntcnfhrg (03/18)