# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Michael Eric Chlebowski<br>Jessica Lynne Chlebowski<br>fka Jessica Lynne Trueman<br><br>**Debtor(s)** | **CHAPTER** 13<br>**CASE NO.** 5:19-bk-04644-MJC<br><br>**ADV. NO.** - -ap-<br>**NATURE OF PROCEEDING:** Motion for Relief<br>**DOCUMENT No.** 45, 46 |
| Fay Servicing, LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br><br>**Plaintiff(s)/Movants**<br><br>vs.<br>Michael Eric Chlebowski<br>Jessica Lynne Chlebowski<br>fka Jessica Lynne Trueman<br><br>Jack N. Zaharopoulos, Trustee<br><br>**Defendant(s)/Respondent(s)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

    ☒ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 5, 2023            /s/ Lauren M. Moyer
                                    Attorney for:   Fay Servicing, LLC

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.