United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04644-MJC |
| Michael Eric Chlebowski | Chapter 13 |
| Jessica Lynne Chlebowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 18, 2024      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Michael Eric Chlebowski, Jessica Lynne Chlebowski, P.O. Box 594, Albrightsville, PA 18210-0594

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:

**Name**      **Email Address**

Charles G. Wohlrab
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

Jason M Rapa
     on behalf of Debtor 1 Michael Eric Chlebowski jrapa@rapalegal.com
     secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com

Jason M Rapa
     on behalf of Debtor 2 Jessica Lynne Chlebowski jrapa@rapalegal.com
     secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com

Laura Egerman
　　　　on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
　　　　VRMTG Asset Trust laura.egerman@mccalla.com,
　　　　legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com

Lauren Marie Moyer
　　　　on behalf of Creditor Fay Servicing  LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But
　　　　Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Michael Patrick Farrington
　　　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mfarrington@kmllawgroup.com

United States Trustee
　　　　ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael E. Chlebowski<br>Jessica L. Chlebowski<br>fka Jessica Lynne Trueman<br>Debtors<br><br>Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br><br>v.<br><br>Michael E. Chlebowski<br>Jessica L. Chlebowski<br>fka Jessica Lynne Trueman<br>Jack N. Zaharopoulos - Bankruptcy Trustee<br>Respondents | CASE NO.: 5:19-bk-04644-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed by Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, Dkt. # 58, no responses having been filed thereto, and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(l) to permit Movant to exercise all rights available to it under applicable law with respect to 702 Wychewood Rd, Albrightsville, PA 18210, and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 18, 2024