**Fill in this information to identify the case:**

Debtor 1: Michael Eric Chlebowski

Debtor 2: Jessica Lynne Chlebowski fka Jessica Lynne Trueman
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
(State)

Case number: 19-04644-MJC

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 3 5 0

**Property address:** 702 Wychewood Road
Number   Street

Albrightsville, PA 18210
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11 / 01 / 2024 ** Relief Granted 01/18/2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

---

Form 4100R   **Response to Notice of Final Cure Payment**   page **1**

Case 5:19-bk-04644-MJC   Doc 73   Filed 10/14/24   Entered 10/14/24 16:38:55   Desc
Main Document   Page 1 of 5

| Debtor 1 | Michael Eric Chlebowski | Case number (*if known*) 19-04644-MJC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Lauren M. Moyer, Esquire
Signature

Date 10 / 14 / 2024

Print: Lauren M. Moyer
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Friedman Vartolo LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 160
Number   Street

Garden City   NY   11530
City   State   ZIP Code

Contact phone (212) 471-5100

Email _____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Eric Chlebowski, Jessica Lynne Chlebowski fka Jessica Lynne Trueman<br>　　　　Debtor<br><br>Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>v.<br><br>Michael Eric Chlebowski, Jessica Lynne Chlebowski fka Jessica Lynne Trueman<br>Jack N. Zaharopoulos<br>　　　　Respondents | CASE NO.: 19-04644-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway |

**CERTIFICATE OF SERVICE OF NOTICE OF
RESPONSE TO NOTICE OF FINAL CURE**

　　The undersigned counsel for Fay Servicing, LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

　　The type(s) of service made on the parties was: electronic notification or first class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: October __14__, 2024

By: /s/ Lauren Moyer  
Lauren Moyer, Esq.  
**FRIEDMAN VARTOLO LLP**  
Attorneys for Fay Servicing, LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust  
1325 Franklin Avenue, Suite 160  
Garden City, NY 11530  
T: (212) 471-5100  
F: (212) 471-5150  
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Michael Eric Chlebowski
P.O. Box 594
Albrightsville, PA 18210
Bankruptcy Debtor

Jessica Lynne Chlebowski
fka Jessica Lynne Trueman
P.O. Box 594
Albrightsville, PA 18210
Bankruptcy Debtor

**Service by NEF**

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Jason M Rapa
Rapa Law Office, PC
141 South 1st Street
Lehighton, PA 18235
Attorney

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee